UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARRY SEABROOKS,

             Plaintiff,        CIV. S-04-1538 FCD PAN PS

     v.

BFI BROWNING FERRIS          Findings and Recommendation
INDUSTRIES, et al.,           and Order re Sanctions

             Defendants.

—oOo—

    For all of the reasons set forth in defendants' moving papers, I recommend this action be dismissed.

    Within 11 days after service of this order plaintiff shall show cause in writing why judgment should not be entered against plaintiff in the sum $3,612 as a sanction for violation of Fed.R.Civ.P. 11(b), the specific conduct constituting such

////

////

violation having been set forth in detail in defendants' papers.

Dated:  May 16, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge